IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEON EMANUEL CRAIG,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 07-5490** |
| | : | |
| **MR. SUPT. ROZUM, et al.,** | : | |
| Defendant. | : | |

**O R D E R**

**STENGEL, J.**

**AND NOW**, this 1st day of April, 2008, upon consideration of the Plaintiff's Objections to the Magistrate's Report and Recommendation (Document #6) and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that**:**

1. The Report and Recommendation is **APPROVED** and **ADOPTED;** and

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice.

3. The plaintiff's objections to the Report and Recommendation are **OVERRULED**.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.